**Order entered January 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00274-CV

**WIN SHIELDS PRODUCTIONS, INC. AND WINFRED L. SHIELDS, Appellants**

**V.**

**SERNERICK GREER, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13903**

## ORDER

Before the Court is appellants' December 30, 2016 third motion to extend time to file appellants' reply brief. Appellants' motion is **GRANTED**. Appellants' reply brief shall be filed by January 30, 2017.

/s/    ELIZABETH LANG-MIERS
        JUSTICE